# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. EMERY, | CASE NO. 1:10-cv-01947-LJO-GBC (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENA OF NON-PARTY, WITHOUT PREJUDICE |
| v. | |
| MICHAEL HARRIS, | Doc. 16 |
| Defendant. | |

On October 18, 2010, Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. On June 24, 2011, the Court found a cognizable Eighth Amendment excessive force. Doc. 8. On November 28, 2011, Plaintiff filed a motion for subpoena from nonparty California Substance Abuse Treatment Facility / Prison, Corcoran. Doc. 16. This matter is deem submitted pursuant to Local Rule 230(l).

In Plaintiff's motion, he requests video surveillance of the alleged incident; the recorded interview of Plaintiff by Lt. Pineda; all documents related to the alleged incident; and all photographs of the alleged incident. Mot. Subpoena at 2-3, Doc. 16.

Subject to certain requirements, Plaintiff is entitled to the issuance of a subpoena commanding the production of documents or tangible things from a nonparty, and to service of the subpoena by the United States Marshal. Fed. R. Civ. P. 45; 28 U.S.C. § 1915(d). However, the Court will consider granting such a request only if the documents or tangible things sought from the nonparty are not equally available to Plaintiff and are not obtainable from Defendant through a

1  request for the production of documents or tangible things. Fed. R. Civ. P. 34. If Defendant objects
2  to Plaintiff's discovery request, a motion to compel is the next required step. If the Court rules that
3  the documents or tangible things are discoverable but Defendants do not have care, custody, and
4  control of them, Plaintiff may then seek a subpoena of a nonparty. Alternatively, if the Court rules
5  that the documents are not discoverable, the inquiry ends.

6      The Court will not issue a subpoena for a nonparty individual without Plaintiff first following
7  the procedure outlined above.

8      Accordingly, it is HEREBY ORDERED that Plaintiff's motion for subpoena is DENIED,
9  without prejudice.

11  IT IS SO ORDERED.

12  Dated:   March 19, 2012
13                                                  UNITED STATES MAGISTRATE JUDGE