# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. EMERY,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL HARRIS,<br><br>　　　Defendant.<br>_____/ | CASE NO. 1:10-cv-01947-LJO-GBC (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS<br><br>Doc. 22<br><br>REVISED DISPOSITIVE MOTION DEADLINE: OCTOBER 19, 2012 |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 11, 2012, Defendant filed a motion for extension of time to file dispositive motions. Doc. 22. In Defendant's motion, counsel states that on June 21, 2012, their office received Plaintiff's discovery responses, wherein he identified five (5) inmate witnesses. *Id.* Their office is attempting to locate and interview the inmate witnesses at three (3) different prisons, and some of the inmate witnesses have been released from custody. *Id.* The Court HEREBY GRANTS Defendant's motion for extension of time to file dispositive motions.

　　　Defendant has until **October 19, 2012** in which to file dispositive motions.

　　　IT IS SO ORDERED.

Dated:   July 16, 2012

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE