# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. EMERY,<br><br>            Plaintiff,<br><br>      v.<br><br>HARRIS,<br><br>            Defendant. | 1:10-cv-01947-JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR FURTHER DISCOVERY<br><br>(Doc. 45)<br><br>14 DAY DEADLINE |

Plaintiff Steven C. Emery ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 18, 2010. This action is proceeding on Plaintiff's claim that Defendant Michael Harris used excessive force against him in violation of the Eighth Amendment of the United States Constitution. Trial is currently set for January 14, 2014.

On November 4, 2013, Plaintiff filed a motion for an order to allow further discovery indicating that he was not able to access the information contained on the electronic discs that defense counsel provided in response to his discovery requests. (Doc. 45.) Plaintiff indicates that he has asked for technical assistance from prison officials to no avail. (*Id.*) Defense counsel filed a response indicating that they provided the materials to Plaintiff in December of 2011 and this motion is the first that they became aware of any difficulty by Plaintiff in accessing their contents. (Doc. 54.) Defense counsel further indicated that, upon receipt of the present motion, they

immediately sent physical copies of the photographs to Plaintiff. (*Id.*)

Discovery closed in this case on May 13, 2012. (*See* Doc. 14.) Plaintiff's request for further discovery is a year and a half beyond the discovery cut-off date and almost two years after his receipt of the materials. Plaintiff provides no explanation for the extended delay in his request so as to warrant or merit reopening discovery at this late date. While the Court appreciates that defense counsel has attempted to remedy the situation by providing Plaintiff still photographs, the Court will further request the assistance of the litigation coordinator in facilitating Plaintiff's viewing of the materials.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for further discovery, filed November 4, 2013 (Doc. 45), is DENIED as untimely; and
2. Defense counsel is to contact the litigation coordinator at California Substance Abuse Treatment Facility, Corcoran, CA to facilitate/encourage their assistance for Plaintiff's viewing of the materials in issue and to file a status report thereon within fourteen (14) days of the date of this order

IT IS SO ORDERED.

Dated:   **November 21, 2013**                              **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE

2