UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. EMERY, | 1:10-CV-01947-JLT (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO APPOINT COUNSEL |
| v. | |
| HARRIS, | (Doc. 43) |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On November 4, 2013, plaintiff filed a motion for the appointment of counsel. See Doc. No. 43. The court finds appointment of counsel is warranted. Brooks M. Beard has been selected from the court's pro bono attorney panel to represent plaintiff and has accepted the appointment. Accordingly, the Court **ORDERS**:

1. Brooks M. Beard is appointed as counsel in the above entitled matter;
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment;
3. Mr. Beard is reminded that the telephonic trial confirmation hearing/pretrial conference is set on December 6, 2012 at 8:30 a.m.;

///

1

4. The Clerk of the Court is directed to serve a copy of this order upon Brooks M. Beard, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105.

IT IS SO ORDERED.

Dated:   **November 22, 2013**              /s/ **Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE