# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. EMERY,<br><br>           Plaintiff,<br><br>      v.<br><br>HARRIS,<br><br>           Defendant. | 1:10-cv-01947-JLT (PC)<br><br>ORDER RE PRETRIAL FILINGS<br><br>Plaintiff's response due:  December 3, 2013<br>Defendant's response due:  December 6, 2013 |

Plaintiff Steven C. Emery ("Plaintiff"), a state prisoner who, while proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 18, 2010. This action is proceeding on Plaintiff's claim that Defendant, Michael Harris, used excessive force against him in violation of the Eighth Amendment of the United States Constitution and is set for trial beginning on January 14, 2014. On July 12, 2013, the Second Scheduling Order issued. (Doc. 38.) Plaintiff timely filed his pretrial documents to which Defendant has responded. (S*ee* Docs. 44, 46-54, 56, 57.) Subsequently, Plaintiff's motion for appointment of counsel was granted and counsel was located to represent Plaintiff. (*See* Doc. 58.)

The Court presumes that counsel, if appointed earlier, may have filed pretrial documents different from those which Plaintiff filed while *pro se*. Accordingly, it is HEREBY ORDERED that:

///

1

(1) if Plaintiff's counsel desires to file new or amended pretrial documents, he must do so on or before Tuesday, December 3, 2013; if he desires to stand on the documents previously filed by Plaintiff pro se, a statement to that effect must be filed on or before that date;

(2) Defense counsel will have three calendar days to respond to any new or amended documents filed by Plaintiff's counsel, or to submit a statement indicating a desire to stand on opposition(s)/response(s) as previously filed; and

(3) Defense counsel is relieved from the obligation to contact the litigation coordinator to facilitate Plaintiff's viewing of the materials in issue in Order Denying Plaintiff's Motion for Further Discovery (Doc. 55), which issued on November 21, 2013, but is ordered to serve all such materials to Plaintiff's new counsel on or before Tuesday, December 3, 2013.

IT IS SO ORDERED.

Dated:   **November 25, 2013**              /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE