# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. EMERY, | 1:10-cv-01947-JLT (PC) |
| Plaintiff, | ORDER DEFENDANTS' WITNESS LIST |
| v. | |
| HARRIS, | |
| Defendant. | |

On November 22, 2013, Defendant filed his pretrial statement. (Doc. 57) He lists numerous witnesses that he intends to call. Id. at 6-7. However, he also lists, "Other Drs. from John D. Klarich Memorial Hospital, (i) Other Drs. from California Substance Abuse and Treatment Facility, (j) Other eye witnesses." Id. at 7. This is unacceptable.

Local Rule 281(10) requires the parties to identify in their respective pretrial statements, "Witnesses. A list (names and addresses) of all prospective witnesses, whether offered in person or by deposition or interrogatory, designating those who are expert witnesses. Only witnesses so listed will be permitted to testify at the trial, except as may be otherwise provided in the pretrial order." Thus, broadly describing categories of witnesses who may testify, does not comply with the Rule.

Thus, if there are other witnesses he wishes to call at trial who are not listed in Defendant's pretrial statement specifically by name, he is permitted to file a supplement to his

1

pretrial statement identifying these additional witnesses in a manner that complies with Local Rule 281(10) **no later than December 4, 2013**. **Defendant is advised that he will not be permitted to call any witness at trial who was not identified in his pretrial statement in a manner that complies with Local Rule 281.**

IT IS SO ORDERED.

   Dated:  **November 26, 2013**                    **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE