1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| STEVEN C. EMERY, | 1:10-cv-01947-JLT (PC) |
| Plaintiff, | |
| v. | ORDER SHORTENING TIME ON PLAINTIFF'S MOTION FOR LIMITED DISCOVERY |
| HARRIS, | (Doc. 81) |
| Defendant. | |

On December 27, 2013, the parties submitted a stipulation and proposed order for shortening time on Plaintiff's motion for limited discovery. (Doc. 81) Accordingly, the Court **ORDERS**:

    1.    Plaintiff's Motion for Limited Discovery shall be decided according to the following briefing schedule:

        a.    Defendant's opposition to Plaintiff's motion for discovery (Doc. 82) SHALL be filed no later than January 7, 2014;

        b.    No reply brief will be filed;

///
///
///
///

1

2. The hearing on the motion is **January 14, 2013 at 9:00 a.m.** Telephonic appearances via CourtCall are authorized and encouraged.

IT IS SO ORDERED.

Dated:   **December 31, 2013**                      **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE

2