# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. EMERY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARRIS,<br><br>　　　　Defendant. | 1:10-cv-01947-JLT (PC)<br><br>ORDER VACATING JANUARY 23, 2014 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO JESSE GREENHAW, CDC # P-93999<br><br>(Doc. 102) |

　　　Plaintiff Steven C. Emery ("Plaintiff"), is a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On January 23, 2014, the Court issued an order and Writ of Habeas Corpus ad Testificandum to transport Inmate Greenhaw[1] as a witness for Plaintiff, commanding the Warden of Richard J. Donovan Correctional Facility to produce California prisoner Jesse Greenhaw, CDC # P-93999, in this Court on February 25, 2014, to testify at trial in this action.

　　　On January 30, 2014, Inmate Greenhaw filed a statement that he did not want to testify or be involved in this action in any way. (Doc. 105.) Subsequently, Plaintiff filed a statement withdrawing Inmate Greenhaw from the witness list. (Doc. 106.)

　　　Accordingly, due to the withdrawal of Inmate Greenhaw as a witness in this action, IT IS

---

[1] The spelling of Mr. Greenhaw's surname varied in documents filed with this Court between "Greenhaw" and "Greenshaw." Mr. Greenhaw's notice filed with the court clarified that the correct spelling is "Greenhaw."

1

ORDERED that the Court's Order & Writ of Habeas Corpus ad Testificandum, issued on January 23, 2014, commanding the production of inmate Jesse Greenhaw, CDC #P-93999, BE VACATED.

IT IS SO ORDERED.

Dated: **February 5, 2014**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2