# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. EMERY,<br><br>            Plaintiff,<br><br>      v.<br><br>HARRIS,<br><br>            Defendant. | 1:10-cv-01947-JLT (PC)<br><br>ORDER VACATING JANUARY 6, 2014 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO PATRICK DEMERY, CDC # J38293<br><br>(Doc. 93) |

    Plaintiff Steven C. Emery ("Plaintiff"), is a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On January 6, 2014, the Court issued an order and Writ of Habeas Corpus ad Testificandum to transport Inmate Demery as a witness for Plaintiff, commanding the Warden of California Substance Abuse Treatment Facility and State Prison to produce California prisoner Patrick Demery, CDC # J38293, in this Court on February 25, 2014, to testify at trial in this action.

    Mr. Demery was scheduled to testify regarding Plaintiff's religion and/or racist beliefs. A recent ruling granted a motion in limine excluding all such testimony.

///
///
///
///

1

Accordingly, due to the exclusion of all topics of designated testimony for Inmate Demery as a witness in this action, IT IS ORDERED that the Court's Order & Writ of Habeas Corpus ad Testificandum, issued on January 6, 2014, commanding the production of inmate Patrick Demery, CDC # J38293, BE VACATED.

IT IS SO ORDERED.

Dated:   **February 5, 2014**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE