

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. EMERY, | Case No. 1:10-cv-01947-JLT (PC) |
| Plaintiff, | NOTICE AND ORDER FOR PLAINTIFF, STEVEN EMERY, CDCR #D-65387, TO BE RETURNED TO COURT ON FEBRUARY 26, 2014 FOR FURTHER/CONTINUED TRIAL PROCEEDINGS |
| v. | |
| MICHAEL HARRIS, | |
| Defendant. | (Doc. 87) |

Jury trial in this matter commenced on February 25, 2014. The trial was not completed on that date. Mr. Emery's presence is required tomorrow, February 26, 2014 for further/continued trial proceedings.

Accordingly, it is HEREBY ORDERED, that **Steven C. Emery, CDCR #D-65387**, be delivered to this Court no later than 8:30 a.m. on February 26, 2014 for further/continued trial proceedings.

DATED: 2/25/14

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE