

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. EMERY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL HARRIS,<br><br>　　　　Defendant. | Case No. 1:10-cv-01947-JLT (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF, STEVEN EMERY, CDCR #D-65387, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(Doc. 87) |

Jury trial in this matter commenced on February 25, 2014. The parties have reached a settlement.

Accordingly, **Steven C. Emery, CDCR #D-65387**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

DATED: 2/26/14

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE